## (May 10, 1966)

■ In the Matter of the Accounting of MONEA M. GRANWELL, as Executrix of LESLIE J. GRANWELL, Deceased, Appellant-Respondent. ALAN W. GRANWELL, Respondent-Appellant.— Decree unanimously modified, on the law and on the facts, to the extent of deleting the first and second decretal paragraphs, and otherwise affirmed, without costs or disbursements to any party. Actual intent to defraud is absent and since, as stipulated, decedent remained solvent after the questioned transfers, it is difficult to see on what basis they can be attacked. Accordingly, the imposition of personal liability on decedent's transferee and executrix is improper. In other respects criticized the decree has our approval. Concur — Botein, P. J., Rabin, McNally and Steuer, JJ.

■ In the Matter of STEFAN'S TAVERNS, INC., Appellant, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination of the State Liquor Authority disapproving petitioner's application for a restaurant liquor license, unanimously annulled, on the law, with $50 costs and disbursement to petitioner, and the Authority is directed to issue the license. We can find no rational basis in this record for the Authority's action. Since there is no connection between petitioner and the prior licensee, the latter's abandonment of the premises is an irrelevant factor. The employment record of petitioner's vice-president, Mishkal, who is to devote full time to the conduct of the business, shows extensive experience as a waiter and bartender in a variety of establishments; and there is no evidence from which it can be inferred that the premises will not be operated as a bona fide restaurant under his supervision (see *Matter of 135 Restaurant Corp.* v. *State Liq. Auth.*, 25 A D 2d 651). That premises are not already open and operating as a restaurant is not a bar to the granting of a license (*Matter of Rochester Colony* v. *Hostetter*, 19 A D 2d 250; *Matter of Tortora* v. *New York State Liq. Auth.*, 24 A D 2d 1019). Settle order on notice. Concur — Botein, P. J., Rabin, McNally and Steuer, JJ.